# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

      **v.**                                         **Crim. No. 5:07-CR-159-1D**

**KENNETH FULLER**

On June 19, 2015, the above named was released from prison and commenced a term of supervised release for a period of 48 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

                                    I declare under penalty of perjury that the foregoing is true and correct.

                                    /s/ Julie Wise Rosa  
                                    Julie Wise Rosa  
                                    Senior U.S. Probation Officer  
                                    310 New Bern Avenue, Room 610  
                                    Raleigh, NC 27601-1441  
                                    Phone: 919-861-8675  
                                    Executed On: March 15, 2018

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this   **19**   day of   **March**  , 2018.

                                                  James C. Dever III  
                                                  Chief U.S. District Judge